IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| DON PLUMLEE, JAKIE HANAN, and PETE EDWARDS, on behalf of themselves and all others similarly situated | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:22-CV-00638-KGB |
| STEEP HILL INC., STEEP HILL ARKANSAS, BRENT WHITTINGTON, BRANDON THORNTON, BOLD TEAM LLC, NSMC-OPCO, LLC D/B/A NATURAL STATE MEDICINAL, OSAGE CREEK CULTIVATION, LLC, and JOHN DOES 1-10 | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO DISMISS OF BOLD TEAM, LLC**

Comes now Separate Defendant, Bold Team, LLC ("Bold"), by and through its undersigned counsel, and for its Motion to Dismiss Plaintiffs' Class Action Complaint ("Complaint"), states:

1. All six counts contained in the Complaint should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. Bold incorporates and adopts by reference all arguments made by NSMC-OPCO, LLC ("NSMC"), in its Motion to Dismiss (ECF No. 7) and Brief in Support (ECF No. 8), as allowed by Rule 10(c) of the Federal Rules of Civil Procedure.

3. In addition to the arguments advanced by NSMC in its Motion to Dismiss and Brief, dismissal is required for the reasons stated in the Brief in Support of this Motion, which is filed contemporaneously herewith and is incorporated by reference as if set out word-for-word herein.

WHEREFORE, Separate Defendant, Bold Team, LLC, respectfully requests that the Court grant its Motion to Dismiss Plaintiffs' Class Action Complaint and for all other just and proper relief to which it may be entitled.

    Respectfully submitted,

    BOLD TEAM, LLC

    By:  Kenneth P. "Casey" Castleberry
           Arkansas Bar Number 2003109
           CASTLEBERRY LAW FIRM
           Post Office Box 7572
           Little Rock, Arkansas 72217
           (501) 804-8111
           casey@castleberrylawfirm.com