IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DON PLULMEE, JAKIE HANAN, and
PETE EDWARDS, on behalf of
themselves and all others similarly situated          PLAINTIFFS

vs                CASE NO. 4:22CV-00638-KGB

STEEP HILL, INC, STEEP HILL ARKANSAS,
BRENT WHITTINGTON, BRANDON THORNTON,
BOLD TEAM LLC, NSMC-OPCO, LLC D/B/A
NATURAL STATE MEDICINAL, OSAGE CREEK
CULTIVATION, LLC, and JOHN DOES 1-10           DEFENDANTS

## PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO ALL DEFENDANTS' MOTIONS TO DISMISS

**COME NOW**, the **PLAINTIFFS'**, by and through counsel, **SUTTER & GILLHAM, P.L.L.C.** who for their Motion to Extend Time to Respond to *all* Defendants' Motion's to Dismiss, state:

1. Separate Defendant NSMC-OPCO, LLC filed its Motion to Dismiss on July 29, 2022.

2. Separate Defendant Bold Team, LLC filed its Motion to Dismiss on August 2, 2022.

3. Separate Defendant Steep Hill Arkansas filed its Motion to Dismiss on August 8, 2022.

4. Separate Defendant Steep Hill, requested to be allowed to file its first responsive pleading on or before August 29, 2022.

5. Separate Defendant Osage Creek Cultivation, LLC filed its Motion to Dismiss on August 11, 2022.

6. On August 18, 2022, by Order of this court (Doc 28)   Plaintiffs' shall file their responses to all Defendants' Motions to Dismiss 30 days from the date that Steep Hill, Inc, files its response to the Complaint.

7. Separate Defendant Steep Hill, Inc filed is Motion to Dismiss on August 26, 2022.

8. Plaintiffs' Response to all Motions to Dismiss are due today, September 23, 2022.

9. Undersigned counsel had a serious car accident in mid-August and has been dealing with the recovery, further, his family and partner have just recently been diagnosed with COVID, and has had a heavy briefing and deposition calendar.  Therefore, Plaintiffs' respectfully request an extension of (3) three-weeks, within which to respond to all Defendants' Motions to Dismiss, up to and including *Friday, October 14, 2022.*

10. Plaintiff has emailed opposing counsel, to ask whether they object to the extension, but had not heard back, at the time of this filing.

11. This motion is not for the purpose of delay or harassment.

**WHEREFORE**, **PLAINTIFFS'**, respectfully request an extension of (3) three-weeks, to Respond to *all* Defendants' Motions to Dismiss, up to and including *Friday, October 14, 2022*, and for all other proper relief.

                      Respectfully Submitted,

                      **SUTTER & GILLHAM P.L.L.C.**
                      Attorneys at Law
                      310 West Conway Street
                      P.O. Box 2012
                      Benton, Arkansas 72018
                      (501) 315-1910 Office
                      (501) 315-1916 Facsimile

             By:   *Luther Sutter*
                 Luther Sutter, ARBN #95031
                 Luther.sutterlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on this 23rd day of September, 2022, upon all counsel of record, via electronic filing:

Kevin A. Crass
crass@fridayfirm.com
Martin A. Kasten
mkasten@fridayfirm.com

Andrew Samuel Tarvin
andrew.tarvin@kutakrock.com

Kenneth "Casey" Castleberry
casey@castleberrylawfirm.com

Robbin S. Rahman
rrahman@barberlawfirm.com

Jerry D. Garner
jgarner@barberlawfirm.com

M. Darren O'Quinn
Darren@DarrenOQuinn.com

J. Cotton Cunningham,
ccunningham@barberlawfirm.com

By: *Luther Sutter*
Luther Sutter, ARBN #95031
Luther.sutterlaw@gmail.com