# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| DON PLUMLEE, JAKIE HANAN, and PETE EDWARDS, on behalf of themselves and all others similarly situated | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| vs. | )  Case No. 4:22-CV-00638-KGB<br>) |
| STEEP HILL INC., STEEP HILL ARKANSAS, BRENT WHITTINGTON, BRANDON THORNTON, BOLD TEAM LLC, NSMC-OPCO, LLC D/B/A NATURAL STATE MEDICINAL, OSAGE CREEK CULTIVATION, LLC, and JOHN DOES 1-10 | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

## RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO ALL DEFENDANTS' MOTIONS TO DISMISS

COMES NOW, Separate Defendant Osage Creek Cultivation, LLC ("Osage"), by and through its undersigned counsel, and for its Response to Plaintiffs' Motion to Extend Time to Respond to all Defendants' Motions to Dismiss, states:

1. On September 23, 2022, Plaintiffs filed their Motion to Extend Time to Respond to all Defendants' Motions to Dismiss (Doc. 33) (the "Motion").

2. Osage has no objection to the relief sought in the Motion.

WHEREFORE, Separate Defendant Osage Creek Cultivation, LLC prays that Plaintiffs' Motion to Extend Time to Respond to all Defendants' Motions to Dismiss be granted and for all other just and proper relief to which it may be entitled.

Respectfully submitted,

**KUTAK ROCK LLP**

Rayburn W. Green, AR 92199
Stephen M. Dacus, AR 20140018
Andrew Tarvin, AR 2015191
234 Millsap Road, Suite 200
Fayetteville, AR 72703
479-973-4200 - Office
479-973-0007 - Facsimile
rayburn.green@kutakrock.com
stephen.dacus@kutakrock.com
andrew.tarvin@kutakrock.com

COUNSEL FOR
OSAGE CREEK CULTIVATION, LLC

4881-5290-8341.1