UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
RICHARD SHEPPARD ARNOLD UNITED STATES
COURTHOUSE 600 WEST CAPITOL AVENUE,
SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**Tammy H. Downs**                                                                                 (501) 604-5351
   Clerk

October 13, 2022

Lucien R. Gillham
1501 N. Pierce Street Ste 105
Little Rock, Arkansas 72201

      Re:    Deficient Filing #42, Motion to Dismiss
              Case No. 4:22-cv-00638 KGB, Plumlee et al v. Steep Hill Inc et al

Dear Mr. Gillham:

The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

    ____    Lacks an attorney's name, address, telephone number, Bar number or email address (General Order 53).

    ✓    Lacks a signature block by an attorney of record (Local Rule 5.5(c)(1)).

    ____    Lacks a correct case number (Local Rule 5.5(a)).

    ____    Motion for continuance/extension of time does not contain a statement that the movant contacted the adverse party with regard to the motion (Local Rule 6.2(b)).

    ____    Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

    ____    Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1).

To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov. **Do not refile the document.** The original document will remain on the docket, and the response time will run from the date of the original filing. Please electronically file a new supporting brief or corporate disclosure statement.

                                                      Sincerely,

                                                      Tammy H. Downs, Clerk

                                                      By  J. Kornegay
                                                              Deputy Clerk