IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DON PLULMEE, JAKIE HANAN, and
PETE EDWARDS, on behalf of
themselves and all others similarly situated                      **PLAINTIFFS**

vs                     **CASE NO. 4:22CV-00638-KGB**

STEEP HILL, INC, STEEP HILL ARKANSAS,
BRENT WHITTINGTON, BRANDON THORNTON,
BOLD TEAM LLC, NSMC-OPCO, LLC D/B/A
NATURAL STATE MEDICINAL, OSAGE CREEK
CULTIVATION, LLC, and JOHN DOES 1-10                              **DEFENDANTS**

**MOTION TO DISMISS WITHOUT PREJUDICE**

COME the Plaintiffs, by and through counsel, **SUTTER & GILLHAM, P.L.L.C.**; and, for this Motion, they state:

1. Plaintiffs move to dismiss this case, *without prejudice*, each party to bear their own fees and costs. This matter has not previously been dismissed.

**WHEREFORE**, Plaintiffs pray for an Order dismissing this case, *without prejudice*, each party bearing their own fees and costs and for all other proper relief.

Respectfully submitted,

_____
Luther Sutter, ARBN 95031
Lucien R. Gillham, ARBN 99199
**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
1501 N Pierce Street, Ste. 105
Little Rock, AR 72201
501/315-1910  Office
501/315-1916  Facsimile
Lucien.gillham@gmail.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Lucien R. Gillham, hereby certify that I have served a copy of the foregoing upon Counsel for the Defendants by NEF on this 11th day of October, 2022, as follows:

/s/ Lucien Gillham
Lucien R. Gillham, ARBN 99199