# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DON PLUMLEE, JAKIE HANAN, and
PETE EDWARDS, on behalf of themselves
and all others similarly situated**                                                **PLAINTIFFS**

v.                          NO. 4:22-CV-638-KGB

**STEEP HILL, INC.; STEEP HILL ARKANSAS;
BRENT WHITTINGTON; BRANDON THORNTON;
BOLD TEAM, LLC; NSMC-OPCO, LLC D/B/A
NATURAL STATE MEDICINAL; OSAGE CREEK
CULTIVATION, LLC; and JOHN DOES 1–10**                                       **DEFENDANTS**

## SEPARATE DEFENDANT NSMC-OPCO, LLC'S RESPONSE TO PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

Comes now Separate Defendant NSMC-OPCO, LLC, by and through its attorneys, Barber Law Firm PLLC, and for its Response to Plaintiffs' Motion to Dismiss, states:

1. Plaintiffs Don Plumlee, Jakie Hanan, and Pete Edwards (collectively, "Plaintiffs") filed this class action complaint asserting six (6) causes of action against Defendant NSMC-OPCO, LLC ("NSMC"). More particularly, Plaintiffs asserted five (5) claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO") and one (1) state-law based claim alleging fraud and violations of the Arkansas Deceptive Trade Practices Act ("ADTPA").

2. On October 11, 2022, Plaintiffs moved to voluntarily dismiss their claims without prejudice. Plaintiffs do not cite the authority or rule under which they have filed their motion, but they presumably seek to voluntarily dismiss their claims pursuant to Fed. R. Civ. P. 41(a)(2).

3. NSMC does not oppose Plaintiffs' motion for voluntary dismissal.

4. Pursuant to Fed. R. Civ. P. 41(d), however, NSMC expressly reserves its right to seek attorneys' fees, costs, and expenses incurred in defending this action in the event Plaintiffs

subsequently re-file their claims against NSMC. *See* Fed. R. Civ. P. 41(d); *Evans v. Safeway Stores, Inc.*, 623 F.2d 121, 122 (8th Cir. 1980) (affirming award of attorneys' fees in favor of defendant when plaintiff voluntarily dismissed claims and subsequently re-filed the same claims against the same defendant); *Robinson v. Bank of Am., N.A.*, 553 Fed. App'x 648 (8th Cir. 2014) (same).

WHEREFORE, Defendant NSMC-OPCO, LLC respectfully requests that the Court grant Plaintiffs' motion for voluntary dismissal, dismiss their claims against NSMC, and award NSMC all other just and proper relief to which it may be entitled.

Respectfully submitted,

BARBER LAW FIRM PLLC
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, Arkansas 72201
Telephone: (501) 372-6175

By:  J. Cotten Cunningham, Ark. Bar No. 97238
ccunningham@barberlawfirm.com
Jerry D. Garner, Ark. Bar No. 2014134
jgarner@barberlawfirm.com
Robbin S. Rahman, Ark. Bar No. 2017268
rrahman@barberlawfirm.com

*Attorneys for Defendant NSMC-OPCO, LLC*