IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DON PLUMLEE,** *et al.*                                                                        **PLAINTIFFS**

v.                    Case No. 4:22-cv-00638 KGB

**STEEP HILL, INC.,** *et al.*                                                                   **DEFENDANT**

## ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker, on July 12, 2022. To avoid the appearance of impropriety, the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 15th day of February 2023.

                                         **AT THE DIRECTION OF THE COURT**
                                         **TAMMY H. DOWNS, CLERK**


                                         BY: Tracy M. Washington
                                                 Courtroom Deputy to
                                                 U.S. District Judge Kristine G. Baker