# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| DON PLUMLEE, JAKIE HANAN, and PETE EDWARDS, on behalf of themselves and all others similarly situated ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 4:22-CV-00638-KGB |
| STEEP HILL INC., STEEP HILL ARKANSAS, BRENT WHITTINGTON, BRANDON THORNTON, BOLD TEAM LLC, NSMC-OPCO, LLC D/B/A NATURAL STATE MEDICINAL, OSAGE CREEK CULTIVATION, LLC, and JOHN DOES 1-10 ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF

Plaintiffs, by their attorney, Luther Oneal Sutter, for their motion, state:

1. In light of the remand, Plaintiffs respectfully requests leave to file a supplemental brief on the issue of this Court's jurisdiction.

2. Opposing counsel have been consulted, but there has been response.

THEREFORE, Plaintiff respectfully requests an Order allowing a supplemental Brief and all other proper relief.

Respectfully submitted:

*Luther Sutter*_____
Luther Oneal Sutter
Ark. Bar No. 95031
SUTTER & GILLHAM, P.L.L.C.
P.O. Box 2012
Benton, AR 72018
501/315-1910 - OFFICE
501/315-1916 - FACSIMILE
luthersutter.law@gmail.com

Attorney for the Plaintiffs

## Certificate of Service

I hereby certify that on September 9, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

*Luther Sutter*_____
Luther Oneal Sutter